JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL NATHAN STOCK, et al., | NO. CV 23-08780-KS |
| Plaintiffs, | |
| v. | JUDGMENT |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Concurrently Filed Memorandum and Order, IT IS ADJUDGED that:

(1) Plaintiffs' Motion For Partial Summary Judgment as to Counts One and Four of Plaintiffs' First Amended Complaint (Dkt. No. 105) is **DENIED**;

(2) Defendant Allstate Insurance Company's Motion for Summary Judgment as to First and Second Causes Of Action; Motion For Partial Summary Judgment As To Contract Claim; Second, Third, And Fourth Causes Of Action; Punitive Damages (Dkt. No. 106) is **GRANTED IN FULL**; and

Summary Judgment is, therefore, **GRANTED IN THE ENTIRETY** in favor of Defendant Allstate Insurance Company and this action is **DISMISSED WITH PREJUDICE**.

DATED: July 14, 2025

*Karen L. Stevenson*
KAREN L. STEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE